[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 11-16028
Non-Argument Calendar
_____

Agency No. A087-710-808


OLU EJA,

                                                                Petitioner,

        versus

U.S. ATTORNEY GENERAL,

                                                                Respondent.


_____

On Petition for Review of a Decision of the
Board of Immigration Appeals
_____

(February 15, 2013)

Before HULL, JORDAN and EDMONDSON, Circuit Judges.


PER CURIAM:


Olu Eja, a citizen of Nigeria, seeks review of the BIA's order denying his

motion to reconsider.  He, however, does not address the merits of the motion to reconsider or its denial in his initial appellate brief: his brief to us instead focuses on the BIA's 19 August 2011 order dismissing his appeal of the immigration judge's ("IJ") denial of asylum, withholding of removal, and relief under the United Nations Convention Against torture ("CAT").  Because Eja did not timely petition for review of the denial-of-asylum order, this Court lacks jurisdiction to review it.  We dismiss the present petition insofar as it pertains to the underlying BIA order denying asylum and so on.  Furthermore, by failing to raise in his Blue Brief any argument on the BIA's denial of his motion to reconsider, Eja has abandoned his challenge to that denial.  So, we deny Eja's petition on that issue.

PETITION DENIED IN PART and DISMISSED IN PART.